USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE MARIE RUIZ,

                        Plaintiff,

-against-

CAPTAIN KING, BADGE #863,

                        Defendant.

24 Civ. 5850 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, United States District Judge:

    Plaintiff *pro se*, who currently is detained on Rikers Island, brings this action under 42 U.S.C. § 1983, alleging that Defendant performed an illegal strip search on her. By order dated September 6, 2024, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Captain King waive service of summons.

    Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, Defendant must serve responses to these standard discovery requests. In its response, Defendant must quote each request verbatim.[2]

    The Clerk of Court is directed to mail an information package to Plaintiff.

    SO ORDERED.

Dated: September 23, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.