```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASMINE MARIE RUIZ,                              :
                                                 :
                              Plaintiff,         :        24-CV-5850 (AT) (RWL)
                                                 :
            - against -                          :
                                                 :        ORDER
CAPTAIN KING and CITY OF NEW YORK,               :
                                                 :
                              Defendants.        :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the initial pretrial conference held via Microsoft Teams on March 27, 2025, and pursuant to the Civil Case Management Plan and Scheduling Order issued separately, the parties' Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be exchanged by **April 18, 2025**. As also discussed, Plaintiff's initial disclosures pursuant to Rule 26(a)(1) shall include:

      1.    The name, and if known, the address and telephone number of **each individual likely to have discoverable information** – along with the subjects of that information – that Plaintiff **may use to support** her claims, unless the use would be solely for impeachment;

      2.    A copy – or description by category and location – of all **documents**, electronically stored information, and tangible things that Plaintiff has in her possession, custody, or control and **may use to support** her claims, unless the use would be solely for impeachment;

      3.    A **computation of each category of damages** claimed by Plaintiff. Plaintiff must also provide to Defendant copies of any documents or other

1

materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2025
       New York, New York

Copies transmitted this date to all counsel of record.