UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JASMINE MARIE RUIZ,                                    :
                                                       :
                              Plaintiff,               :        24-CV-5850 (AT) (RWL)
                                                       :
              - against -                              :
                                                       :        **ORDER**
CAPTAIN KING and CITY OF NEW YORK,                     :
                                                       :
                              Defendants.              :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 27, 2025, the Court entered a discovery order setting April 18, 2025, as the deadline to serve initial disclosures. (Dkt. 20.)  That order delineated exactly what Plaintiff needed to disclose. (*Id.*)  Plaintiff requested and was granted an extension until May 9, 2025, to serve her disclosures. (Dkt. 22.)  On July 14, 2025, Defendant filed a letter representing that Plaintiff had not served her initial disclosures despite several reminders from Defendant. (Dkt. 26.)  The Court ordered that if Plaintiff wished to respond to Defendant's letter, she shall do so by July 28, 2025, and warned that failure to respond may be grounds alone for granting the relief requested. (Dkt. 27.)  The docket does not reflect any response from Plaintiff.  Accordingly:

1.      Plaintiff shall serve her initial disclosures as required by the Federal Rules of Civil Procedure 26 and the Court's April 18, 2025 order at Dkt. 20, no later than **August 13, 2025**.

2.      By **August 13, 2025**, Plaintiff shall file with the Court a letter providing her telephone number and email address at which she can be contacted, or a representation that she does not possess those means of contact.

3.      Discovery has commenced.  Plaintiff shall serve responses to any discovery requests already served on her by Defendant no later than **September 3, 2025**.

4.      Failure to comply with the requirements of this order may result in sanctions against Plaintiff, including preclusion of evidence, dismissal of Plaintiff's case with prejudice for failure to prosecute and defiance of court orders, or any other sanction the Court deems just.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 26.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Jasmine Marie Ruiz
800 Victory Blvd. # 3V
Staten Island, New York 10301