UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE MARIE RUIZ,                          :
                                             :
                        Plaintiff,           :        24-CV-5850 (AT) (RWL)
                                             :
            - against -                      :
                                             :        **ORDER**
CAPTAIN KING and CITY OF NEW YORK,           :
                                             :
                        Defendants.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By order dated August 5, 2025, at Dkt. 28, Plaintiff was required to file by August 13, 2025, a letter providing her telephone number and email address at which she can be contacted, or a representation that she does not possess those means of contact. No such filing appears on the docket. Accordingly, the Court *sua sponte* extends the deadline for Plaintiff to file the letter to **September 8, 2025**. Failure to comply with the requirements of this order may result in sanctions against Plaintiff, including preclusion of evidence, dismissal of Plaintiff's case with prejudice for failure to prosecute and defiance of court orders, or any other sanction the Court deems just.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 28, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

1

Jasmine Marie Ruiz
800 Victory Blvd. # 3V
Staten Island, New York 10301