08/20/25

UNITED STATE DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK

I JASMINE MARIE RUIZ 24-CV-5850 (AT)(RWL) IS ASKING FOR A LITTLE MORE TIME TO MAIL THE DOCUMENTS OR COME IN PERSON TO BRING THEM. PLEASE AND THANK YOU.

Jasmine Ruiz
24-CV-5850 (AT)(RWL)



RECEIVED SEP - 4 2025 PRO SE OFFICE

Granted. Plaintiff shall file the information required by the Court at Dkt. 29 (Plaintiff's telephone number and email address) by September 22, 2025. No further extensions absent compelling circumstances. Failure to comply with the requirements of this order may result in sanctions against Plaintiff, including preclusion of evidence, dismissal of Plaintiff's case with prejudice for failure to prosecute and defiance of court orders, or any other sanction the Court deems just.

SO ORDERED:

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE



JASMINE RUIZ
800 VICTORY BLVD #3V
STATEN ISLAND NY 10301

NEW YORK NY 100

30 AUG 2025 PM 7 L



Pro Se

UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST. N.Y N.Y 10004

RECEIVED
SEP 3 - 2025
CLERK'S OFFICE
S.D.N.Y.



RECEIVED
SEP - 4 2025
PRO SE OFFICE

10007-133099