```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE MARIE RUIZ,                              :
                                                 :
                              Plaintiff,         :    24-CV-5850 (AT) (RWL)
                                                 :
            - against -                          :
                                                 :    ORDER
CAPTAIN KING, Badge #863,                        :
                                                 :
                              Defendant.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 10, 2025 (Dkt. 32), Plaintiff filed a letter (1) concerning Defendant's discovery requests and referencing her filing of April 17, 2025 (Dkt. 23), which identified relevant documents on which she may rely; (2) requesting appointment of pro bono counsel; and (3) requesting a conference to discuss her case. Accordingly,

1.  By separate order, the Court has requested the Pro Se Office to seek appointment of pro bono counsel for Plaintiff. As stated in that order, there is no guarantee that an attorney will take on the case, and, therefore, the case will proceed regardless, and all deadlines remain in place.

2.  The Court will schedule a conference with the parties to discuss status and disputed issues. No later than three days before the conference, counsel for Defendant shall file a status report and identify any issues to be addressed at the conference.

3.  The Clerk of Court is respectfully directed to enter on ECF as additional contact information for Plaintiff the phone numbers identified by Plaintiff in Dkt. 32, namely: 929-307-1871 and 929-327-8607.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Jasmine Marie Ruiz
800 Victory Blvd. # 3V
Staten Island, New York 10301