UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jasmine Marie Ruiz,                                   :         24-cv-5850 (AT) (RWL)
                  Plaintiff,    :
                                    :         **STATUS**
     - against -                                          :         **CONFERENCE ORDER**
                                    :
Captain King, Badge #863,                         :
                                    :
                  Defendant.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     ORDER: Status Conference for **OCTOBER 1, 2025, at 10:30 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. Clerk of Court is respectfully requested to mail a copy of this order to Pro Se Plaintiff Jasmine Marie Ruiz, and note service on the docket.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2025
       New York, New York

Copies transmitted this date to all counsel of record

Jasmine Marie Ruiz (Pro Se Plaintiff)
800 Victory Blvd., # 3V
Staten Island, N.Y. 10301