UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASMINE MARIE RUIZ,

                    Plaintiff,                  24-CV-5850 (AT) (RWL)

      - against -

                                            **ORDER**

CAPTAIN KING, *Badge #863*,

                    Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the case management conference held on October 1, 2025 and as modified herein:

      1.    By **October 8, 2025**, Plaintiff shall file her amended complaint.

      2.    By **October 15, 2025**, Plaintiff shall serve on Defendants (i) initial disclosures, (ii) responses to Defendants' interrogatories and document requests, and (iii) Plaintiff's targeted discovery requests to Defendants.

      3.    By **October 22, 2025** (modified from Oct. 20), the parties shall meet and confer and file with the Court a proposed revised case schedule.

                                      SO ORDERED.

                                      _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

1

Jasmine Marie Ruiz
800 Victory Blvd. # 3V
Staten Island, New York 10301